

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 22, 2008

<u>By Hand</u>

Honorable Ronald L. Ellis
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1970
New York, New York 10007

    Re:   <u>Robert Martin v. Barnhart</u>
          07 Civ. 3911 (LAP) (RLE)

Dear Judge Ellis:

    This Office represents the Commissioner of Social Security, defendant in the above-captioned action. During my preparation of defendant's motion for judgment on the pleadings, I encountered several issues that require that I seek additional information from the Agency. Therefore, with the consent of plaintiff, I respectfully request a thirty-day extension of time from today, January 22, 2008, to file defendant's motion.

    Should the Court grant this request, defendant's motion would be due on February 21, 2008. Plaintiff's reply would be due on March 6, 2008, and defendant's reply would be due on March 20, 2008.

    This is defendant's second request for an extension of the briefing schedule. One extension was granted to the government on the answer.

*Extension granted. No further extensions*

**SO ORDERED**
*Ronald Ellis  1-24-08*
**MAGISTRATE JUDGE RONALD L. ELLIS**

[Stamps: USDC SDNY DOCUMENT ELECTRONICALLY FILED, DATE FILED: 1/25/08; RECEIVED JAN 23 2008 CHAMBERS OF RONALD L. ELLIS U.S.M.J.]

Thank you for considering this request.

        Respectfully,

        MICHAEL J. GARCIA
        United States Attorney

BY: _____
     LESLIE A. RAMIREZ-FISHER
     Assistant U.S. Attorney
     Telephone: (212) 637-0378
     Fax: (212) 637-2750

cc: Lewis Insler, Esq. (by fax)