UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------X

| | | |
|---|---|---|
| ROBERT MARTIN, | : | 07 Civ. 3911 (LAP) |
| | : | |
| Plaintiff, | : | ORDER |
| | : | |
| v. | : | |
| | : | |
| ACTING COMMISSIONER MICHAEL J. ASTRUE, OF THE SOCIAL SECURITY ADMINISTRATION, | : | |
| | : | |
| Defendant. | : | |

------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/09

LORETTA A. PRESKA, Chief United States District Judge

   On April 22, 2009, Magistrate Judge Ellis issued a Report and Recommendation granting Plaintiff's motion for judgment on the pleadings and denying Defendant's motion for judgment on the pleadings.  Objections to that Report and Recommendation were due on May 6, 2009.  Having received no objections and finding Judge Ellis's decision to be correct and appropriate upon de novo review, see Fed. R. Civ. P. 72(b), his Report and Recommendation is hereby ADOPTED.

   The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

DATED:   New York, New York
         July 29, 2009

_____
LORETTA A. PRESKA, U.S.D.J.